# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **TOMMY TOMPKINS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 19-1112-WS-B |
| | ) |
| **MIDAM VENTURES, LLC, etc.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated therein, the defendant's second motion for extension of time, (Doc. 9), is **granted**. The defendant is **ordered** to file and serve its response to the complaint on or before **February 21, 2020**. No further requests for extension of time will be considered.

DONE and ORDERED this 12th day of February, 2020.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE