# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

TOMMY TOMKPINS,

    *Plaintiff*,

v.

Case No. 6:19-cv-001112

MIDAM VENTURES, LLC, a Florida Limited
Liability Company,

    *Defendant*.

_____/

## NOTICE OF APPEARANCE

Ian M. Ross, of the law firm of Stumphauzer Foslid Sloman Ross & Kolaya, PLLC, attorney for the Defendant Midam Ventures, LLC, hereby enters his Notice of Appearance as counsel for the Defendant in the above-captioned case. Please forward all materials in this case to Ian M. Ross from this date forward.

Dated: March 9, 2020

Respectfully Submitted,

STUMPHAUZER FOSLID SLOMAN
ROSS & KOLAYA, PLLC
Two South Biscayne Boulevard,
Suite 1600
Miami, FL  33131
Telephone: (305) 614-1400
Facsimile: (305)614-1425

By: /s/ *Ian M. Ross*
IAN M. ROSS
Florida Bar No. 091214
iross@sfslaw.com
docketing@sfslaw.com

*Counsel for Midam Ventures, LLC*

Case No. 6:19-cv-001112

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                                                /s/ Ian Ross
                                                                                                IAN M. ROSS

## SERVICE LIST

Kenneth J. Riemer
2153 Airport Boulevard
Mobile, AL 36606
*Counsel for Plaintiff*